**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 16-10472 |
| | 16-10473 |
| Plaintiff-Appellee, | |
| | D.C. Nos. 2:16-cr-00523-NVW |
| v. | 2:14-cr-00802-NVW |
| ALEJANDRO FLORES ROJAS, a.k.a. Alejandro Flores-Rojas, a.k.a. Alejandro Rojas Flores, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted October 23, 2017[**]

Before:    LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

In these consolidated appeals, Alejandro Flores Rojas appeals his guilty-plea

conviction and 21-month sentence for reentry of a removed alien, in violation of 8

U.S.C. § 1326, and the revocation of supervised release and consecutive 11-month

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Flores Rojas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Flores Rojas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Flores Rojas waived his right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss these appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**